## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02127-RBJ-BNB

JUSTIN STEPHENS,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, L.P., a Texas limited partnership,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 22nd day of September, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Judge